UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TAUREAN JAMES-HENRY GRAY,

      Plaintiff,

v.

MICHAEL BROWN, et al.,

      Defendants.

                               /

Case No. 2:16-CV-132

Hon. Gordon J. Quist

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's January 22, 2018, Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment and dismiss the case in its entirety. The Report and Recommendation was duly served on the parties on January 22, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 22, 2018 (ECF No. 28), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 25) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1]

A separate judgment will enter.

Dated: March 2, 2018                                              /s/ Gordon J. Quist
                                                                                                 GORDON J. QUIST
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the Report and Recommendation was returned as Plaintiff was discharged or paroled and failed to leave a forwarding address. (ECF No. 79.) Such failure is itself a violation of W.D. Mich. LCivR 41.1, justifying a dismissal for failure to prosecute the case.